Civil- (Dec-2008)

HONORABLE: Janet C. Hall

DEPUTY CLERK Diahann Lewis      RPTR/ECRO/TAPE Terri Fidanza

TOTAL TIME: 1 hours ____ minutes

DATE: 10/14/2016   START TIME: 4:30   END TIME: 5:30

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:15cv934 (JCH)

Stevens

vs

Malloy et al

Norm Pattis
Plaintiff's Counsel

Rosenberg/Sheehan/Geary
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ….. #67  Motion to Dismiss state defendants/dismss amended cmp.   ☐ granted ☐ denied ☑ advisement
☐ ….. # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ …..   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____   ☐ filed ☐ docketed
☐ ………… _____   ☐ filed ☐ docketed
☐ ………… _____   ☐ filed ☐ docketed
☐ ………… _____   ☐ filed ☐ docketed
☐ ………… _____   ☐ filed ☐ docketed
☐ ………… _____   ☐ filed ☐ docketed
☐ ………… Hearing continued until _____ at _____

Notes: