UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERIC STEVENS
    Plaintiff

v.                            3:15CV934(JCH)

DANNEL MALLOY, CHASE ROGERS,
TIFFANY KAHLILY, MARY BERGAMINI,
SHAHRAM RABBANI, DIANA RABBANI,
EDWARD KAHLILY, SCOTT SEGAR
    Defendants

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' Motions to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motions and on October 28, 2016, entered a Ruling granting the defendants Malloy and Rogers' Motion to Dismiss, and terminating as moot the remaining Motions to Dismiss and Officer Segar no longer being considered as a party to this action, all in accordance with the court's Ruling.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, against the plaintiff, in accordance with the Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 28th day of October, 2016.

Robin D. Tabora, Clerk

By   /s/ Diahann Lewis
Entered on Docket 10/28/2016         Deputy Clerk